### Camille M. CAESAR, Petitioner,

### v.

### DEPARTMENT OF COMMERCE, Respondent.

### No. 2012–3125.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2013.

Rehearing and Rehearing En Banc

vote.

Denied Jan. 24, 2014.*

Edward Harold Passman, Passman & Kaplan, P.C., of Washington, DC, argued for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, and Jeanne E. Davidson, Director. of counsel was Hillary Stern.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**